# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. PEREZ, JR., Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TRANSUNION RENTAL SCREENING SOLUTIONS, INC.,<br><br>Defendants. | CASE NO. 18cv2509-LAB (BGS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [Dkt. 37]** |

The parties' joint motion to dismiss is **GRANTED**. Dkt. 37. This action is **DISMISSED WITH PREJUDICE** as to the named plaintiff, William Perez, and **DISMISSED WITHOUT PREJUDICE** as to the putative class. All parties shall bear their own costs and fees.[1]

**IT IS SO ORDERED**.

Dated: October 17, 2019

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge

---

[1] The parties originally filed a joint motion to dismiss in which they asked the Court to retain settlement jurisdiction. After the Court pointed out that this was against chambers rules, the parties filed the current motion to dismiss and omitted the language related to retention of jurisdiction. The previous motion, (Dkt. 35), is therefore **DENIED AS MOOT**.

- 1 -